AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---OFFENSE CHARGED---

Title 8 USC Section 1326 - Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:** E-filing

20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---DEFENDANT - U.S.---

► JOSE ANTONIO MORAN

**DISTRICT COURT NUMBER**
CR07-00378 CW

FILED
JUN 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---PROCEEDING---

**Name of Complaintant Agency, or Person (&Title, if any)**
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70266 wdb

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Bryan Whittaker, SAUSA

---DEFENDANT---

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ► 5/7/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
JUN 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00378 CW |
| Plaintiff, ) | VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation |
| v. ) | |
| JOSE ANTONIO MORAN, ) | OAKLAND VENUE |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

On or about May 2, 2006, the defendant,

JOSE ANTONIO MORAN,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

////

United States v. Moran;
INFORMATION

1 | Section 1326.
2 |
3 | Dated: June 13, 2007
4 |
5 |
6 |
7 |
8 | (Approved as to form: /s/ Bryan B. Whittaker)
  |                       SAUSA WHITTAKER
9 |

SCOTT N. SCHOOLS
United States Attorney

/s/ W. Douglas Sprague
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

United States v. Moran;
INFORMATION