# UNITED STATES DISTRICT COURT

_No_ DISTRICT _CA_

_CR-07-00378 CW_

**FILED**
JUL 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Defendant's Waiver of Preparation of Presentence Investigation and Report

I, _Jose Antonio Moran_ hereby waive
(Name of Defendant)

my right to have the probation officers of the United States District Courts conduct a presentence investigation for presentation to the sentencing court. This investigation which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form. No promise has been made to me as to what the final disposition of my case will be.

_7/25/07_
(Date)

_[signature]_
(Signature of Defendant)

_[signature]_
(Defendant's Attorney)

Prob. 13C (1/76)